IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY JOE ELMORE, JR.**  **PLAINTIFF**
**#00047596-500146**

v.  Case No. 4:21-cv-01096-JTK

**GABHARTT**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). Plaintiff Bobby Joe Elmore, Jr. has not filed any objections, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Elmore's complaint for failure to pay the filing fee, file a motion to proceed *in forma pauperis*, or otherwise respond to Judge Kearney's November 16, 2021 Order (Dkt. Nos. 1; 2).

It is so ordered this the 17th day of January, 2023.

_____
Kristine G. Baker
United States District Judge